IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Pankaj Merchia )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Virginia Board OF Medicine, )<br>Virginia Department )<br>   of Health Professions, )<br>William L. Harp, M.D., )<br>et al. )<br>)<br>Defendants. )<br>_____ ) | Case No.1:18-cv-11136-FDS |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff hereby motions this honorable court for leave to amend his complaint so as to show cause. Such amended pleading shall be filed by November 14, 2018.

                        Humbly and Respectfully,

                        Pankaj Merchia, MD /s/
                        617 Boylston St
                        Brookline, MA 02445
                        Voice: 617-401-8929
                        Fax: 617-321-1963
                        email: johnDoeMD123@gmail.com