# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PANKAJ MERCHIA,** ) | |
| ) | |
| Plaintiff, ) | **Civil Action No.** |
| ) | **18-11136-FDS** |
| v. ) | |
| ) | |
| **VIRGINIA BOARD OF MEDICINE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**SAYLOR, J.**

The complaint in this action was filed on May 30, 2018. On October 19, 2018, the Court ordered plaintiff to provide further information to establish that service had been properly made on defendants. It appears that plaintiff has provided the required information in his "Response to Order to Show Cause," (Docket No. 14), filed on November 14.

Plaintiff has also filed a separate motion titled "Response to Order to Show Cause," (Docket No. 12) which states that "[p]laintiff hereby motions this honorable court for leave to amend his complaint so as to show cause." To the extent plaintiff has moved to amend his complaint, the motion is denied without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
Dated: November 16, 2018                                United States District Judge